1  Michael P. Mallery, C.S.B. 116345
   Meredith A. Schneider, C.S.B. 227992
2  STAMMER, McKNIGHT, BARNUM & BAILEY LLP
   2540 West Shaw Lane, Suite 110 (97311-2765)
3  Post Office Box 9789
   Fresno, CA  93794-9789
4  (559) 449-0571

5

6  Attorneys for Defendant, FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER

7

8

9
                           UNITED STATES DISTRICT COURT
10
                           EASTERN DISTRICT OF CALIFORNIA
11
                                       *****
12 | PIERO BIONDI, TRENT MOBLEY and            ) CASE NO: 1:06 CV 01150 AWI DLB
   | PARADISA RUFFONI, individually and as    )
13 | successor in interest to decedent FRANK   )
   | RUFFONI,                                  )
14 |                                           ) **STIPULATION FOR EXTENSION OF**
   |                                           ) **TIME TO RESPOND TO COMPLAINT**
15 |               Plaintiffs,                 )
   |                                           )
16 | v.                                        )
   |                                           )
17 | GUIDANT CORPORATION; GUIDANT              )
   | SALES CORPORATION; CARDIAC                )
18 | PACEMAKERS, INC.; BOSTON SCIENTIFIC       )
   | CORPORATION; SAINT AGNES MEDICAL          )
19 | CENTER; FRESNO COMMUNITY HOSPITAL         )
   | AND MEDICAL CENTER; and DOES 1            )
20 | through 100, inclusive,                   )
   |                                           )
21 |               Defendants.                 )
                                               )
22

23
         IT IS HEREBY STIPULATED by and between Defendant FRESNO COMMUNITY
24
   HOSPITAL AND MEDICAL CENTER (hereinafter "FCH") and Plaintiffs PIERO BIONDI,
25
   TRENT MOBLEY and PARADISA RUFFONI, that the time for Defendant FCH to
26

-1-

respond to the Complaint is extended to thirty (30) days following a decision on the Motion To Remand filed by Plaintiff's which is set for hearing on October 13, 2006.

DATED: _____     STAMMER, McKNIGHT, BARNUM & BAILEY LLP

By: __/s/_____
Michael P. Mallery/ Meredith A. Schneider, Attorneys for Defendant FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER

DATED: _____     GILLIN, JACOBSEN, ELLIS & LARSEN

By: __/s/_____
 Kristin Lucey, Attorneys for Plaintiffs PIERO BIONDI, TRENT MOBLEY and PARADISA RUFFONI, individually and as successor in interest to decedent FRANK RUFFONI

IT IS SO ORDERED

DATED:  September 27, 2006          /s/ *Dennis L. Beck*_____
                              The Honorable Dennis L. Beck

-2-

Biondi et al. v.Guidant Corp., et al.., U.S. DISTRICT COURT #1:06 CV 01150 AWI DLB
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**